### UNITED STATES COURT OF APPEALS FOR
### THE FIFTH CIRCUIT

| | | |
|---|---|---|
| JOSEPHA CAMPINHA-BACOTE | § | |
|     Appellee | § | |
| | § | |
| v. | § | Case No. 11-20045 |
| | § | |
| TEXAS A&M UNIVERSITY | § | |
| BARRY BLEIDT, AND ELAINE | § | |
| DEMPS | § | |
| | § | |
|     Movant-Appellant | | |

### AGREED MOTION TO DISMISS APPEAL

Appellants Texas A&M University, Barry Bleidt, Elaine Demps file this Agreed Motion to Dismiss Appeal pursuant to Fifth Circuit Rule 42.1.

On January 18, 2011, Appellants filed their Notice of Appeal following the District Court's Order denying their Motion to Dismiss. Appellants had filed a timely Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 59(e), however that motion was pending when the time came to file a Notice of Appeal from the Order denying the Motion to Dismiss.

On February 8, 2011, Appellant's Motion for Reconsideration came on for hearing and on February 10, 2011, the District Court issued its order granting in part the Motion for Reconsideration. The Order further required appellee to submit an

amended complaint.

As a result of the Order on the Motion for Reconsideration, this appeal has become moot. Accordingly, Appellants respectfully request this Court to dismiss this Appeal without prejudice. Appellants will pay all costs of this Appeal.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General

    DANIEL T. HODGE
    First Assistant Attorney General

    BILL COBB
    Deputy Attorney General for Civil Litigation

    DAVID C. MATTAX
    Director of Defense Litigation

JEFF GRAHAM
Acting Chief, Financial Litigation Division

/S/ *Linda I. Shaunessy*
LINDA I. SHAUNESSY
Assistant Attorney General
Southern District ID No. 9813
State Bar No. 10382920
Financial Litigation Division
P.O. Box 12548
Austin, Texas  78711-2548
Telephone:  (512) 475-1652
Facsimile: (512) 477-2348 or (512) 480-2380
linda.shaunessy@oag.state.tx.us

***Attorneys for Appellants, Texas A & M University, Barry Bleidt, and Elaine Demps***

**AGREED:**


/S/ *Avonte d. Campinha-Bacote*
Avonte D. Campinha-Bacote (Pro Hac Vice)
Transcultural C.A.R.E. Associates
11108 Huntwicke Place
Cincinnati, Ohio 45241
Avonte.Campinha-Bacote@TransculturalCare.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Avonte D. Campinha-Bacote
    Campinha-Bacote & Chang, LLC
    2651 Marblevista Blvd.
    Columbus, Ohio 43204
    Avonte.Campinha-Bacote@cbandchang.com

                                    /S/ *Linda I. Shaunessy*
                                        Linda I. Shaunessy